# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT
## OF NORTH CAROLINA

| | |
|---|---|
| IN RE: REAL PROPERTY LOCATED AT ) <br> 6557 NW DERBY LAND, CONCORD, ) <br> NORTH CAROLINA 28027, FURTHER ) <br> DESCRIBED AS PARCEL NUMBER ) <br> 02-33F-60.00, MORE PARTICULARLY ) <br> DESCRIBED IN A DEED RECORDED AT ) <br> CABARRUS COUNTY REGISTER OF ) <br> DEEDS BOOK 8859, PAGE 164 ) <br> _____ ) | 3.15mc75    FILED <br> CHARLOTTE, NC <br> MAY 0 4 2015 <br> **ORDER**    U.S. DISTRICT COURT <br> **AND LIS PENDENS**   WESTERN DISTRICT OF NC |

FILE IN GRANTOR INDEX UNDER:
CEDRIC D. CLARK

WHEREAS, the United States of America, by and through Special Agent Michael C. Young of the Federal Bureau of Investigation, has presented an affidavit to the Court alleging that the above-captioned property constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1343 and/or is property involved in money laundering in violation of 18 U.S.C. § 1956 and/or § 1957;

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1343 and/or is property involved in money laundering in violation of 18 U.S.C. § 1956 and/or § 1957;

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 18 U.S.C. § 981 and/or 18 U.S.C. § 982, and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil in rem action before this Court, and any person who has a question as to this action should contact:

United States Attorney
for the Western District of North Carolina
Attn: Benjamin Bain-Creed
227 West Trade Street, Suite 1650
Charlotte, NC    28202
(704) 344-6222

This the 4th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**