# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:15-MC-075-FDW-DCK

| | |
|---|---|
| IN RE: REAL PROPERTY LOCATED AT ) <br> 6557 NW DERBY LANE, CONCORD, ) <br> NORTH CAROLINA 28027, FURTHER ) <br> DESCRIBED AS PARCEL NUMBER 02- ) <br> 33F-60.00, MORE PARTICULARLY ) <br> DESCRIBED IN A DEED RECORDED AT ) <br> CABARRUS COUNTY REGISTER OF ) <br> DEEDS BOOK 8859, PAGE 164 ) <br> _____ ) <br> FILE IN GRANTOR INDEX UNDER: ) <br> CEDRIC D. CLARK ) | **ORDER RELEASING** <br> **ORDER AND LIS PENDENS** |

**WHEREAS**, the United States of America, by and through Special Agent Michael C. Young of the Federal Bureau of Investigation, presented an affidavit to the Court alleging that the above-captioned property is subject to forfeiture as set forth in 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461;

**WHEREAS**, the Court, having reviewed the affidavit, issued an Order and Lis Pendens against the property;

**WHEREAS**, the United States has advised the Court that there is not sufficient equity for forfeiture;

**THEREFORE**, the United States is directed to file this Order Releasing Order and Lis Pendens in the Cabarrus County Register of Deeds.

**ALL WHO READ THIS ORDER TAKE NOTICE** that the Order and Lis Pendens filed in the Cabarrus County Register of Deeds at Book 11394, Pages 87-88 is released.

**SO ORDERED**.

Signed: December 6, 2022

David C. Keesler
United States Magistrate Judge